# EXHIBIT D

**Preliminary Infringement Claim Chart**

**U.S. Patent No. 12,275,446**

The following chart, which is based on presently available public information, details how the Accused Instrumentalities literally and/or under the doctrine of equivalents meet each and every limitation of at least claim 22 of the '446 Patent.

dbest products, Inc. ("dbest") expressly reserves the right to supplement, amend, or revise this chart, including but not limited to the assertion of additional claims and the identification of further accused products or instrumentalities, as additional facts are developed through discovery.

| Claim 22 | Accused Instrumentalities (e.g., ASIN B0CFQG78HJ) |
|---|---|
| 22. A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart comprising: | dbest does not express a position at this time as to whether the preamble of this claim limits its scope, but to the extent that "cart" in this claim's preamble is deemed to be limiting, the Accused Instrumentalities are carts (i.e., wheeled containers) that transition from a closed condition where it is folded up to an open condition where it is expanded for use. |

1 of 8

| | |
|---|---|
|  | |
| a frame defining a compartment, wherein: the frame comprises at least five walls, including a first wall, a second wall, a third wall, a fourth wall, and a fifth wall; | The Accused Instrumentalities include a frame forming a compartment, with at least five walls, including a first wall, a second wall, a third wall, a fourth wall, and a fifth wall. This is shown in the image below of the Accused Instrumentalities, accessible at https://www.amazon.com/dp/B0CFQG78HJ |

| | |
|---|---|
|  | |
| at least three of the walls are configured to fold inwardly toward the fifth wall when the cart is in the closed condition; | As shown below, the Accused Instrumentalities has at least three of the walls configured to fold inwardly toward the fifth wall when the cart is in the closed condition. Further, the defendant describes the Accused Instrumentalities as foldable. |

| | |
|---|---|
|  | |
| the third wall comprises a first panel and a second panel, the second panel rotatably coupled to the first panel; | As shown below, the third wall of the Accused Instrumentalities has a first panel and a second panel, whereby the second panel is rotatably coupled via a hinge to the first panel. |



| | |
|---|---|
| a first fastener configured to selectively secure the first panel and the second panel in the open condition, the first fastener operable between a first state for securing the first panel and the second panel along a first plane in the open condition, and a second state for releasing the first panel and the second panel from the first plane; and | As shown below, the Accused Instrumentalities has a first fastener (i.e., magnet assembly of the "magnetic door") that selectively secures the first panel and the second panel. Notably, the magnet assembly on the "magnetic door" selectively secures the door (i.e. second panel) to the peripheral panel (i.e. first panel). Further, as shown below, the fastener (i.e., magnet) is operable between two states—a first state where the first panel and second panel are along a first plane (i.e., when the second panel is shut or closed) and a second state for releasing the first panel and the second panel from the first plane (i.e., when the second panel is opened).<br><br> |

6 of 8

| | |
|---|---|
| |  |
| wherein the first fastener is integrated with the first right panel and the second right panel in both the closed condition and in the open condition. | As shown below, the first fastener of the Accused Instrumentalities is integrated with the first right panel and the second right panel. This is true regardless of whether the Accused Instrumentalities is in the closed condition or in the open condition.<br> |

7 of 8



8 of 8