1  QIANWU YANG (Cal. Bar No. 336610)
   yang@shm.law
2  YI YI (Cal. Bar No. 353482)
   yi.yi@shm.law
3  AOYU YANG (Cal. Bar No. 360674)
   yang.aoyu@shm.law
4  **SHM LAW FIRM**
   3000 El Camino Real
5  Building 4, Suite 200
   Palo Alto, CA 94306
6  Telephone: (650) 613-9737
   Telephone: +8613925212009
7
   *Attorneys for Defendant and Counterclaimant*
8  DONGGUAN XIANGHUO TRADING CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company, <br><br> Defendant. <br><br><br> DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company, <br><br> Counterclaimant, <br><br> v. | Case No. 2:25-cv-04573-MWC (JCx) <br> Application Filed: 7/11/2025 <br> Honorable Michelle Williams Court <br> Hearing Requested: 7/18/2025 at 2:30 p.m. <br><br> REQUEST FOR REMOTE APPEARANCE <br> BY DEFENDANT'S COUNSEL QIANWU YANG, ESQ. <br><br> *[Filed concurrently with:* <br> *1. Declaration of Qianwu Yang;* <br> *2. (Proposed) Order Granting Request for Remote Appearance by Defendant's Attorney Qianwu Yang]* |

COUNTERCLAIMANT'S MEMORANDUM OF LAW IN APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

1

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

DBEST PRODUCTS, INC., a California corporation,

        Counterdefendant.

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that, due to good cause, including the international location of Defendant and its counsel and a conflicting appearance in another federal matter, Qianwu Yang, counsel for Defendant and Counterclaimant Dongguan Xianghuo Trading Co., Ltd., respectfully requests permission to appear remotely for the hearing on Defendant's Application for Temporary Restraining Order.

    This hearing is currently proposed to be held on Friday, July 18, 2025 at 2:30 p.m., in Courtroom 6A on the 6th Floor of the First Street U.S. Courthouse, located at 350 West 1st Street, Los Angeles, California 90012.

DATED: July 11, 2025

                Respectfully submitted,

                **SHM LAW FIRM**

                By: */s/ QIANWU YANG*
                    QIANWU YANG  (Cal. Bar No. 336610)
                    yang@shm.law
                    YI YI (Cal. Bar No. 353482)
                    yi.yi@shm.law
                    AOYU YANG (Cal. Bar No. 360674)
                    yang.aoyu@shm.law

COUNTERCLAIMANT'S MEMORANDUM OF LAW IN APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

2

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

**SHM LAW FIRM**
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorneys for Defendant and Counterclaimant*
DONGGUAN XIANGHUO TRADING CO., LTD.

COUNTERCLAIMANT'S MEMORANDUM OF LAW IN APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

3

SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: July 11, 2025                                         /s/Yi Yi
                                                                      Yi Yi

COUNTERCLAIMANT'S MEMORANDUM OF LAW IN APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

4

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737