QIANWU YANG  (Cal. Bar No. 336610)
yang@shm.law
YI YI (Cal. Bar No. 353482)
yi.yi@shm.law
AOYU YANG (Cal. Bar No. 360674)
yang.aoyu@shm.law
**SHM LAW FIRM**
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorneys for Defendant and Counterclaimant*
DONGGUAN XIANGHUO TRADING CO., LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>Defendant.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>Counterclaimant,<br><br>v. | Case No. 2:25-cv-04573-MWC (JCx)<br>Application Filed: 7/11/2025<br>Honorable Michelle Williams Court<br>Hearing Requested: 7/18/2025 at 2:30 p.m.<br><br>DECLARATION OF QIANWU YANG, ESQ.<br>IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE<br>BY DEFENDANT'S ATTORNEY QIANWU YANG, ESQ.<br><br>*[Filed concurrently with:*<br>*1. Declaration of Qianwu Yang;*<br>*2. (Proposed) Order Granting Request for Remote Appearance by Defendant's Attorney Qianwu Yang]* |

COUNTERCLAIMANT'S MEMORANDUM OF LAW IN   APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

1

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

DBEST PRODUCTS, INC., a
California corporation,

Counterdefendant.

## DECLARATION OF QIANWU YANG, ESQ.

I, Qianwu Yang, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all the courts of the State of California. I am counsel of record for Defendant and Counterclaimant Dongguan Xianghuo Trading Co., Ltd. in the above-captioned matter. If called upon to do so, I could and would testify competently to the following facts based on my own personal knowledge.

2.      I submit this Declaration in support of the Request for Remote Appearance for the hearing on Defendant's Application for Temporary Restraining Order, which is proposed to be held on July 18, 2025 at 2:30 p.m. before the Honorable Michelle Williams Court, in Courtroom 6A, First Street Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, California 90012.

3.      Good cause exists for this request. My client and I, as lead counsel in this matter, are currently located in China. I am scheduled to appear in person at a court hearing in an administrative litigation against China Securities Regulatory Commission (CSRC), Case No. (2025) Jing 74 Xing Chu No. 96, before the Beijing Financial Court on July 22, 2025 at 2:30 p.m. Beijing Time, which corresponds to

COUNTERCLAIMANT'S MEMORANDUM OF LAW IN  APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

2

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

late evening on July 21, 2025 Pacific Time. This hearing was scheduled several months ago and has already been rescheduled twice at the request of the court and the parties. As such, this appearance is both longstanding and unavoidable. The timing of this obligation directly conflicts with my ability to travel to Los Angeles for the TRO hearing and further supports the need for remote appearance.

4.    This request is made solely for the purpose of the July 18, 2025 hearing on the TRO application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2025, at Shenzhen, China.

Respectfully submitted,

**SHM LAW FIRM**

By: */s/ QIANWU YANG*
QIANWU YANG  (Cal. Bar No. 336610)
yang@shm.law
YI YI (Cal. Bar No. 353482)
yi.yi@shm.law
AOYU YANG (Cal. Bar No. 360674)
yang.aoyu@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorneys for Defendant and Counterclaimant*
DONGGUAN XIANGHUO TRADING

COUNTERCLAIMANT'S MEMORANDUM
OF LAW IN   APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER
TO SHOW CAUSE WHY A PRELIMINARY
INJUNCTION SHOULD NOT ISSUE

3

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1    CO., LTD.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

COUNTERCLAIMANT'S MEMORANDUM
OF LAW IN   APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER
TO SHOW CAUSE WHY A PRELIMINARY
INJUNCTION SHOULD NOT ISSUE

4

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: July 11, 2025                    _/s/Yi Yi_____
                                                    Yi Yi

COUNTERCLAIMANT'S MEMORANDUM
OF LAW IN   APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER
TO SHOW CAUSE WHY A PRELIMINARY
INJUNCTION SHOULD NOT ISSUE

5

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737