# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>Defendant.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>Counterclaimant,<br><br>v.<br><br>DBEST PRODUCTS, INC., a California corporation,<br><br>Counterdefendant. | Case No. 2:25-cv-04573-MWC-JC<br><br>**[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE BY DEFENDANT'S COUNSEL QIANWU YANG, ESQ.** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that upon reading and considering the Request for Remote Appearance submitted by Defendant and Counterclaimant Dongguan Xianghuo Trading Co., Ltd., seeking permission for attorney Qianwu Yang to appear remotely at the hearing on the Application for Temporary Restraining Order, the Court orders as follows:

GOOD CAUSE APPEARING, Qianwu Yang's request to appear remotely for the hearing on the Application for Temporary Restraining Order, currently scheduled for July 18, 2025 at 2:30 p.m., is GRANTED.

Attorney Qianwu Yang shall appear remotely on July 18, 2025, at 2:30 p.m., in Courtroom 6A, before the Honorable Michelle Williams Court at the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Michelle Williams Court
United States District Judge