QIANWU YANG (Cal. Bar No. 336610)
yang@shm.law
YI YI (Cal. Bar No. 353482)
yi.yi@shm.law
AOYU YANG (Cal. Bar No. 360674)
yang.aoyu@shm.law
**SHM LAW FIRM**
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorneys for Defendant and Counterclaimant*
DONGGUAN XIANGHUO TRADING CO., LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DBEST PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>Defendant.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>Counterclaimant,<br><br>v. | Case No. 2:25-cv-04573-MWC-JC<br><br>**COUNTERCLAIMANT'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date: September 12, 2025 (or the earliest available date)**<br>**Time: 1:30 PM**<br>**Courtroom: 6A, 6th Floor, First Street Courthouse** |

| | |
|---|---|
| 1 | |
| 2 | DBEST PRODUCTS, INC., a California corporation, |
| 3 | Counterdefendant. |
| 4 | |

5  **PLEASE TAKE NOTICE** that on September 12, 2025, at 1:30 PM or the earliest available date and time as the matter may be heard in Courtroom 6A before the Honorable Michelle Williams Court, of the above-entitled courthouse located at 350 W. 1st Street, Los Angeles, California, 90012, Defendant and Counterclaimant Dongguan Xianghuo Trading Co., Ltd. ("Xianghuo") shall and hereby do move for a preliminary injunction pursuant to Fed. R. Civ. P. 65 against Plaintiff and Counterdefendant dbest Products, Inc. ("dbest").

Xianghuo, through its undersigned counsel, hereby respectfully moves for an order that:

(i) Plaintiff and Counterdefendant dbest Products, Inc. shall immediately withdraw its infringement complaints from Amazon relating to Xianghuo, including but not limited to ASINs B0CHRP96MS, B0CC5YKT2T, B0CFQG78HJ, B0DRVSRTDV, B0CGZP8NMX, B0D6QRMDQ6, B0F2MMFQZL, and B0F6N56J3Z, restoring the status quo ante; and

(ii) Plaintiff and Counterdefendant dbest Products, Inc. shall be enjoined and restrained, pending final disposition of the case or until further Order of the Court, from issuing takedown notices concerning Xianghuo's products, or otherwise notify

COUNTERCLAIMANT'S NOTICE OF MOTION
AND MOTION FOR PRELIMINARY INJUNCTION

2

SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1 Amazon that Plaintiff and Counterdefendant dbest has patent rights being infringed
2 by Xianghuo's products, including but not limited to ASINs B0CHRP96MS,
3 B0CC5YKT2T, B0CFQG78HJ, B0DRVSRTDV, B0CGZP8NMX, B0D6QRMDQ6,
4 B0F2MMFQZL, and B0F6N56J3Z.

5     This Motion is based on this Notice of Motion, the accompanying
6 Memorandum of Law in Support of Motion for Preliminary Injunction, the
7 concurrently filed declarations and exhibits, Xianghuo's Answer and Counterclaim
8 (Dkt. 16) and supporting exhibits, Xianghuo's first TRO application (Dkt. 17) and
9 supporting exhibits, Xianghuo's second TRO application and supporting exhibits
10 (Dkt. 21), Xianghuo's application for reconsideration (Dkt. 24) and supporting
11 exhibits, and any other matter that may be presented to the Court at or before the
12 hearing on the Motion.

13                 Respectfully submitted,

14 DATED: July 29, 2025     **SHM LAW FIRM**

15     By:   */s/Qianwu Yang*
16         QIANWU YANG (Cal. Bar No. 336610)
        yang@shm.law
17         YI YI (Cal. Bar No. 353482)
        yi.yi@shm.law
18         AOYU YANG (Cal. Bar No. 360674)
        yang.aoyu@shm.law
19         3000 El Camino Real
        Building 4, Suite 200
20         Palo Alto, CA 94306
        Telephone: (650) 613-9737
        Telephone: +8613925212009

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

*Attorneys for Defendant and Counterclaimant*
DONGGUAN XIANGHUO TRADING CO., LTD.

COUNTERCLAIMANT'S NOTICE OF MOTION
AND MOTION FOR PRELIMINARY INJUNCTION

4

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: July 29, 2025             /s/*Aoyu Yang*

Aoyu Yang

COUNTERCLAIMANT'S NOTICE OF MOTION
AND MOTION FOR PRELIMINARY INJUNCTION

5

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737