Ehab M. Samuel, SBN 228296
esamuel@orbitip.com
David A. Randall, SBN 156722
dave@orbitip.com
Bruce Chapman, SBN 164258
bruce@orbitip.com
**Orbit IP, LLP**
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Phone: (310) 887-1333
Facsimile: (310) 887-1334

*Attorneys for Plaintiff/
Counterclaim Defendant*

Qianwu Yang, SBN 336610
yang@shm.law
**SHM Law Firm**
3000 El Camino Real, Bldg 4, Ste. 200
Palo Alto, CA 94306
Phone: (650) 613-9737

Mehdi Zamanpour, SBN 349497
afshin@bayramoglu-legal.com
**Bayramoglu Law Offices LLC**
620 Newport Center Dr., Ste 1100
Newport Beach, CA 92660-8011
Phone: (702) 462-5973
Facsimile: (702) 553-3404

*Attorneys for Defendant/
Counterclaimant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DBEST PRODUCTS, INC., a California corporation,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>　　　v.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>　　　Defendant/Counterclaimant. | Case No. 2:25-cv-04573-MWC-JC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Michelle Williams Court |

1

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of a confidential
2  settlement agreement between Plaintiff/Counterclaim Defendant dbest products,
3  Inc. and Defendant/Counterclaimant Dongguan Xianghuo Trading Co., Ltd., the
4  parties stipulate to dismissal with prejudice of all claims and counterclaims in this
5  action. Each party is to bear its own attorneys' fees and costs in this action. The
6  parties further stipulate that this Court shall retain jurisdiction over this matter to
7  enforce the terms of the settlement agreement.

A proposed order is lodged herewith.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Orbit IP, LLP

Dated: October 8, 2025

/s/ *Ehab M. Samuel*
Ehab M. Samuel, SBN 228296
esamuel@orbitip.com
David A. Randall, SBN 156722
dave@orbitip.com
Bruce Chapman, SBN 164258
bruce@orbitip.com

Attorneys for Plaintiff/Counterclaim
Defendant, dbest products, Inc.

SHM Law Firm

Dated: October 8, 2025

/s/ *Qianwu Yang*
Qianwu Yang, SBN 336610
Mehdi Zamanpour, SBN 349497

Attorneys for Defendant/Counterclaimant,
Dongguan Xianghuo Trading Co., Ltd.

**Filer's Attestation**

Under L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 8, 2025             /s/ Ehab M. Samuel
                                   Ehab M. Samuel