# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DBEST PRODUCTS, INC., a California corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>DONGGUAN XIANGHUO TRADING CO., LTD., a Chinese company,<br><br>　　　　Defendant/Counterclaimant. | Case No. 2:25-cv-04573-MWC-JC<br><br>**[PROPOSED] ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Honorable Michelle Williams Court |

On October __, 2025, the parties filed a Stipulation of Dismissal with Prejudice Under Rule 41(a)(2) (ECF No. __).

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice [Dkt. ___], and finding good cause therefor, hereby ORDERS as follows:

1. The above captioned action and all claims and counterclaims asserted by the parties are hereby dismissed with prejudice;

2. All proceedings in the case are vacated and taken off calendar;

3. The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement between the parties; and

4. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated _____, 2025

                                                Honorable Michelle Williams Court
United States District Court
Central District of California